IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN C. BLAND, | ) |
| Plaintiff, | ) |
| v. | ) 2:04-cv-1333 |
| SMS DEMAG, INC., | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 24th day of July, 2006, upon consideration of DEFENDANT'S MOTION FOR A STAY OF THE ORDER AND PROCEEDINGS OF THE DISTRICT COURT, with brief in support (*Document Nos. 80 & 81*), and PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR STAY OF THE ORDER AND PROCEEDINGS OF THE DISTRICT COURT, with brief in support (*Document Nos. 84 & 85*), and it appearing that Defendant's Motion should be denied for all of the reasons succinctly set forth in Plaintiff's Response and Brief,

NOW THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is **DENIED.**  It is further ORDERED that Defendant shall fully comply with the June 30, 2006 Order of Court (*Document No. 77*) on or before **August 3, 2006.**

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:     William D. Clifford, Esquire
            Email: wclifford@dmclaw.com
        David B. Fawcett, Esquire
            Email: dfawcett@dmclaw.com
        Kenneth P. McKay, Esquire
            Email: ken@mckaylaw.com